IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.      1:19-CR-148 (TJM) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **SAUL PACHECO,** | ) | Violation:      21 U.S.C. §§ 846, 841(a)(1), |
| | ) | 841(b)(1)(B) |
| | ) | [Conspiracy to Possess with |
| | ) | Intent to Distribute and to |
| | ) | Distribute a Controlled |
| | ) | Substance] |
| | ) | |
| | ) | |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:      Columbia |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Conspiracy to Possess with Intent to Distribute and
### to Distribute a Controlled Substance (Heroin)]

Between on or about April 1, 2017 and March 22, 2018, in Columbia County in the Northern District of New York, and elsewhere, the defendant, **SAUL PACHECO,** conspired to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).  That violation involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

Dated: May 13, 2019

GRANT C. JAQUITH
United States Attorney

By:

Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140